1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - STATE BAR NO. 146904
2  PETER E. SCHNAITMAN - STATE BAR NO. 218982
   AGGIE B. LEE - STATE BAR NO. 228332
3  1000 Wilshire Blvd., Suite 1800
   Los Angeles, CA 90017-2475
4  Telephone:  (213) 430-3400
   Facsimile:  (213) 430-3409
5  michael.zellers@tuckerellis.com
   peter.schnaitman@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendants
   PFIZER INC., PHARMACIA
8  CORPORATION, and MONSANTO
   COMPANY (the Monsanto Company
9  now known as Pharmacia Corporation)

10

11            **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA**

13

14  IN RE:  BEXTRA AND CELEBREX       )  Case No. C-06-0785 CRB
        MARKETING, SALES PRACTICES    )
15      AND PRODUCTS LIABILITY        )  MDL No. 1699
        LITIGATION                    )
16                                    )  JUDGE BREYER
                                      )
17  ——————————————————————————————    )  **STIPULATION AND ORDER OF**
                                      )  **DISMISSAL ONLY AS TO CASE**
18  This Document relates to:         )  **NUMBER 06-0785 CRB,**
                                      )  **ORIGINALLY FILED IN THE**
19  RON NATALI                        )  **NORTHERN DISTRICT OF**
    Individual Case No. 06-0785       )  **CALIFORNIA**
20                                    )
                                      )
21                                    )
                                      )
22  ——————————————————————————————    )

23        IT IS HEREBY STIPULATED AND AGREED by and between counsel for

24  Plaintiff and counsel for Defendants that the Complaint of Plaintiff RON NATALI

25  originally filed in the Northern District of California, Case Number 06-0785, and

26  later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing,*

27  *Sales Practices and Product Liability Litigation*, may be and is hereby dismissed

28  without prejudice.

STIPULATION AND ORDER OF DISMISSAL

1    The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's

2  claim, Plaintiff will only re-file in Federal Court.  The parties shall each bear their

3  own costs.

4  DATED:  September 21, 2006             TUCKER ELLIS & WEST LLP

5

6
                                    By:    /s/  Peter E. Schnaitman
7                                          Michael C. Zellers
                                           Michael.zellers@tuckerellis.com
8                                          Peter E. Schnaitman
                                           Peter.schnaitman@tuckerellis.com
9                                          Aggie B. Lee
                                           Aggie.lee@tuckerellis.com
10                                         1000 Wilshire Blvd., Suite 1800
                                           Los Angeles, CA  90017
11                                         Telephone: (213) 430-3400
                                           Facsimile:  (213) 430-3409
12
                                           Attorneys for Defendants
13                                         PFIZER INC., PHARMACIA
                                           CORPORATION, and
14                                         MONSANTO COMPANY (the
                                           Monsanto Company now known
15                                         as Pharmacia Corporation)

16  DATED:  September 20, 2006             ALEXANDER, HAWES & AUDET LLP

17

18
                                    By:     /s/  Adel A. Nadji
19                                         William M. Audet
                                           Joshua C. Ezrin
20                                         221 Main Street, Suite 1460
                                           San Francisco, CA  94105
21                                         Telephone:  (415) 982-1776
                                           Facsimile:  (415) 576-1776
22
                                           Michael E. Schmidt
23                                         THE SCHMIDT FIRM
                                           2911 Turtle Creek Blvd.,
24                                         Suite 1400
                                           Dallas, TX  75219
25                                         Telephone: (214) 521-4898
                                           Facsimile: (214) 521-9995
26
                                           Attorneys for Plaintiff
27                                         Ron Natali

28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00188 / 578440 / 1 /

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3    Dated:  September 22, 2006



HONORABLE CHARLES R. BREYER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA  90017-2475

3.
**STIPULATION AND ORDER OF DISMISSAL**

LAimanage / 28762 / 00188 / 578440 / 1 /